IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELVIRA GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:10-CV-152-Y |
| | § | |
| MICHAEL J. ASTRUE | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On January 20, 2011, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court reverse and remand the decision of the commissioner of the Social Security Administration denying plaintiff Elvira Garza's claims for disability-insurance benefits under Title II of the Social Security Act. All parties had until February 3, 2011, to serve and file written objections to the magistrate's findings. Neither party filed objections.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is REVERSED and REMANDED for further administrative proceedings consistent with the findings.

SIGNED March 8, 2011.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE